UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GABRIEL MIGUEL BROTONS, ) | |
| ) | |
| Petitioner, ) | Case No. EDCV 12-1218-PSG(AJW) |
| ) | |
| vs. ) | |
| ) | |
| DANIEL PARAMO, Warden, et al., ) | JUDGMENT |
| ) | |
| Respondents. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: _August 2, 2012_____

_____
Philip S. Gutierrez
United States District Judge